RECEIVED
IN ALEXANDRIA, LA.

JAN 1 1 2013

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JAMES E. BOWMAN     DOCKET NO. 12-CV-1171; SEC. P

VERSUS     JUDGE JAMES T. TRIMBLE, Jr.

GERALD MALDENADO, ET AL.     MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DENIED AND DISMISSED** with prejudice as frivolous and failing to state a claim for which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 11th day of January, 2013.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT COURT